UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.A.M. NATIONAL PENSION FUND, et al., ) | Civil No. 1:06-cv-00177 |
| ) | |
| Plaintiffs, ) | Judge: Richard W. Roberts |
| ) | |
| vs. ) | |
| ) | |
| AOL TIME WARNER, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS
PURSUANT TO LCvR 7.1

I, the undersigned, counsel of record for I.A.M. National Pension Fund, International Union of Painters and Allied Trades Industry Pension Fund, National Roofing Industry Pension Plan, SEIU National Industry Pension Fund, SEIU Affiliates' Officers and Employees Pension Plan, Pension Plan for Employees of SEIU, United Association Local Union Officers & Employees Pension Fund, Cement Masons-Employers Trust, PACE Industry Union-Management Pension Fund, Plumbers and Pipefitters National Pension Fund, Arizona Pipe Trades Defined Contribution Trust Fund, Arizona Pipe Trades Pension Trust Fund, Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund, Minnesota Cement Mason's Pension Fund, and United Brotherhood of Carpenters Pension Fund, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of I.A.M. National Pension Fund, International Union of Painters and Allied Trades Industry Pension Fund, National Roofing Industry Pension Plan, SEIU National Industry Pension Fund, SEIU Affiliates' Officers and Employees Pension Plan, Pension Plan for Employees of SEIU, United Association Local Union Officers & Employees Pension Fund, Cement Masons-Employers Trust, PACE Industry Union-Management Pension Fund, Plumbers and Pipefitters National Pension Fund, Arizona Pipe Trades Defined Contribution Trust Fund, Arizona Pipe Trades Pension Trust Fund, Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund, Minnesota Cement Mason's Pension Fund, and United Brotherhood of Carpenters Pension Fund which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

| | |
|---|---|
| DATED: February 14, 2006 | LAW OFFICES OF ROGER M. ADELMAN<br>ROGER M. ADELMAN (Bar #56358)<br>1100 Connecticut Ave., NW, Suite 730<br>Washington, DC  20036<br>Telephone: 202/822-0600<br>202/822-6722 (fax)<br><br>LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH<br>JOHN J. STOIA, JR.<br>MICHAEL J. DOWD<br>THEODORE J. PINTAR<br>DAVID C. WALTON<br>PATRICK W. DANIELS<br>ANDREW J. BROWN<br>THOMAS E. EGLER (DC Federal Bar # PA0014)<br><br>              /s/ Thomas E. Egler            <br>              THOMAS E. EGLER<br><br>655 West Broadway, Suite 1900<br>San Diego, CA  92101-3301<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>PATRICK J. COUGHLIN<br>RANDI D. BANDMAN<br>MICHAEL F. GHOZLAND<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA  90210<br>Telephone:  310/859-3100<br>310/278-2148 (fax) |

- 2 -

- 3 -

          LERACH COUGHLIN STOIA GELLER
            RUDMAN & ROBBINS LLP
          SANDRA STEIN
          LAURA STEIN
          1845 Walnut Street, Suite 945
          Philadelphia, PA  19103-4708
          Telephone:  215/988-9546
          215/988-9885 (fax)

          Attorneys for Plaintiffs

S:\CasesSD\AOL TW DC IAM\NOT00028098.doc