# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
|  | ) |  |
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
                                    (Attorney's Name)

case for:_____
                        (Name of party or parties)


_____          /s/ Thomas E. Egler
                                        _____
Date                                    Signature

                                        _____
                                        Print Name
_____
BAR IDENTIFICATION                      _____
                                        Address

                                        _____
                                        City        State        Zip Code

                                        _____
                                        Phone Number