A CERTIFIED TRUE COPY

MAR 1 7 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 1 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1500

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE AOL TIME WARNER INC. SECURITIES & "ERISA" LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-4)

On December 16, 2002, the Panel transferred three civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, five additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shirley Wohl Kram.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kram.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of December 16, 2002, 235 F.Supp.2d 1380 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Shirley Wohl Kram.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 1 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-4 - TAG-ALONG ACTIONS
## DOCKET NO. 1500
## IN RE AOL TIME WARNER INC. SECURITIES & "ERISA" LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**ALASKA**
AK   3  06-24          Alaska Electrical Pension Fund, et al. v. AOL Time Warner Inc., et al.

**CALIFORNIA CENTRAL**
CAC 2  06-591          Southern California Lathing Industry Pension Fund, et al. v. AOL Time Warner, Inc., et al.

**CALIFORNIA EASTERN**
CAE 2  06-204          Cement Masons Pension Trust for Northern California, Inc., et al. v. AOL Time Warner, et al.

**DISTRICT OF COLUMBIA**
DC   1  06-177          I.A.M. National Pension Fund, et al. v. AOL Time Warner, Inc., et al.
DC   1  06-188          Robeco Groep N.V. for Robeco N.V., et al. v. AOL Time Warner, Inc., et al.
DC   1  06-189          Norges Bank v. AOL Time Warner, Inc., et al.
DC   1  06-236          CSS Board ABN16415 776861, et al. v. AOL Time Warner, Inc., et al.
DC   1  06-238          B.S. Pension Fund Trustee, Ltd., et al. v. AOL Time Warner, Inc., et al.

**HAWAII**
HI   1  06-78          Employees' Retirement System of the State of Hawaii v. AOL Time Warner, Inc., et al.

**ILLINOIS NORTHERN**
ILN  1  06-560          Carpenters Pension Fund of Illinois, et al. v. AOL Time Warner, Inc., et al.
ILN  1  06-565          Teachers' Retirement System of the State of Illinois v. AOL Time Warner, Inc., et al.

**KANSAS**
KS   2  06-2046          Boilermakers National Health & Welfare Fund, et al. v. AOL Time Warner, Inc., et al.

**MARYLAND**
MD  8  06-291          National Asbestos Workers Pension Fund, et al. v. AOL Time Warner, Inc., et al.

**MICHIGAN EASTERN**
MIE 2  06-10442          Wayne County Employees Retirement System v. AOL Time Warner, Inc., et al.
MIE 2  06-10454          Municipal Employees Retirement System of Michigan v. AOL Time Warner, Inc., et al.
MIE 5  06-10455          Clinton Township Police & Fire Retirement System, et al. v. AOL Time Warner, Inc., et al.

**MISSOURI EASTERN**
MOE 4  06-184          Carpenters Pension Trust Fund of St. Louis v. AOL Time Warner, Inc., et al.

**OHIO NORTHERN**
OHN 1  06-262          United Food & Commercial Workers Union Local 880-Retail Food Employers Joint Pension
                              Fund, et al. v. AOL Time Warner, Inc., et al.

**PENNSYLVANIA EASTERN**
PAE  2  06-514          National Elevator Industry Pension Fund v. AOL Time Warner, Inc., et al.

**PENNSYLVANIA WESTERN**
PAW 2  06-124          Beaver County Retirement Board, et al. v. AOL Time Warner, Inc., et al.

**TEXAS NORTHERN**
TXN 3  06-220          Laborers National Pension Fund v. AOL Time Warner, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TEXAS SOUTHERN** | |
| TXS  4  06-306 | Capstone Asset Management Co. v. AOL Time Warner, Inc., et al. |
| **VERMONT** | |
| VT   2  06-25 | Vermont State Employees Retirement System, et al. v. AOL Time Warner, Inc., et al. |
| **WASHINGTON WESTERN** | |
| WAW 2  06-169 | Carpenters Retirement Trust of Western Washington, et al. v. AOL Time Warner, Inc., et al. |
| **WISCONSIN EASTERN** | |
| WIE  2  06-127 | Northwestern Mutual Life Foundation, Inc., et al. v. AOL Time Warner, Inc., et al. |
| **WEST VIRGINIA NORTHERN** | |
| WVN 1  06-24 | Plumbers & Pipefitters Local 152 Pension Fund, et al. v. AOL Time Warner, Inc., et al. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 2  06-82 | Employer-Teamsters Local Nos. 175 & 505 Pension Trust Fund, et al. v. AOL Time Warner, Inc., et al. |
| WVS 2  06-100 | The West Virginia Laborers' Trust Fund, et al. v. AOL Time Warner, Inc., et al. |

A CERTIFIED COPY
J. MICHAEL McMAHON,        CLERK

BY _____
                 DEPUTY CLERK